FILED
2010 SEP 29 PM 2:46
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID HAN, ) <br>   aka "Ki Jong Han," ) <br>   aka "Young He Kim," ) <br>   aka "Renshou Ma," ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR No. 10-CR10 1089 <br><br> <u>I N D I C T M E N T</u> <br><br> [18 U.S.C. § 1344(1): Bank Fraud; 18 U.S.C. § 2: Aiding and Abetting and Causing An Act To Be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH SIX

[18 U.S.C. §§ 1344(1), 2]

A.   THE SCHEME TO DEFRAUD

1.   Beginning on or about June 13, 2006, and continuing through on or about July 31, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant DAVID HAN, also known as "Ki Jong Han," "Young He Kim," and "Renshou Ma" ("defendant HAN"), together with others known and

//

AS:

unknown to the Grand Jury, knowingly and with intent to defraud, executed a scheme to defraud federally insured financial institutions Bank of America, Washington Mutual Bank (now known as JP Morgan Chase), US Bank, Banco Popular, and IndyMac Bank (now known as OneWest Bank F.S.B.) as to material matters.

2. The fraudulent scheme was carried out by defendant HAN, in substance, in the following manner:

    a. On or about June 13, 2006, defendant HAN purchased the property located at 11xxx Tamberly Lane, Tujunga, California (the "Tujunga property"), for approximately $800,000, by making a down payment of approximately $240,300 and obtaining a mortgage loan in the amount of $560,700.

    b. Between on or about December 18, 2006, and on or about February 15, 2007, defendant HAN applied for five home equity loans, in amounts ranging from $60,122 to $187,000, from Bank of America, Washington Mutual Bank, US Bank, Banco Popular, and IndyMac Bank, all purportedly to be secured by a second deed of trust on the Tujunga property.

    c. Defendant HAN falsely represented that he was "Young He Kim," currently employed by Town Medical Center, and earning a monthly salary of approximately $13,750, and submitted false and fraudulent Wage and Tax forms (forms W-2) and payroll records in support of the home equity loan applications.

    d. Defendant HAN concealed from each financial institution that he was concurrently applying for other loans that would also be secured by a second deed of trust on the Tujunga property. As a result of his scheme and as intended by defendant HAN, all of the loans were approved and funded prior to

the recording of any lien on the Tujunga property.

   e. After obtaining the loan proceeds, defendant HAN caused counterfeit checks drawn on his account at Saehan Bank to be used for partial payments towards the outstanding loan balances.  Defendant HAN withdrew additional loan proceeds based on the additional purported credit available to him.  The amount of funds disbursed to defendant HAN exceeded the amounts for which the loans had been approved.

B. <u>THE EXECUTION OF THE SCHEME</u>

  3. On or about the dates set forth below, within the Central District of California and elsewhere, defendant HAN committed, and willfully caused the commission of, the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 1/10/07 | Defendant HAN signed a deed of trust on the Tujunga property to Bank of America, a federally insured financial institution, to secure a loan in the amount of $187,000. |
| TWO | 1/17/07 | Defendant HAN signed a deed of trust on the Tujunga property to Washington Mutual Bank, a federally insured financial institution now known as JP Morgan Chase, to secure a loan in the amount of $144,000. |
| THREE | 2/3/07 | Defendant HAN signed a deed of trust on the Tujunga property to Banco Popular, a federally insured financial institution, to secure a loan in the amount of $150,000. |
| FOUR | 2/15/07 | Defendant HAN signed a deed of trust on the Tujunga property to IndyMac Bank, a federally insured financial institution now known as OneWest Bank F.S.B., to secure a loan in the amount of $148,000. |
| FIVE | 7/20/07 | Defendant HAN submitted a $30,000 counterfeit check, number 1135, drawn on his Saehan Bank account, to make a partial payment towards the home equity loan from US Bank. |

| | | |
|---|---|---|
| SIX | 7/26/07 | Defendant HAN submitted a $60,000 counterfeit check, number 1143, drawn on his Saehan Bank account, to make a partial payment towards the home equity loan from Banco Popular. |

            A TRUE BILL

           /s/
          Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

ALKA SAGAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section