UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-10-1089-R                                              Date: MAY 9, 2017

========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present | Not Present |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   DAVID HAN, In Pro Per                       1)   N/A
     X Not Present     X Not in Custody

_____

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DENYING DEFENDANT DAVID HAN'S MOTION TO TERMINATE DEFENDANT SUPERVISED RELEASE TERM (DCKT. NO. 55)

   The Court has reviewed Defendant David Han's Motion to Terminate Defendant's Supervised Release Term filed April 14, 2017 (Dckt. No. 55), government's Opposition to Defendant's Motion filed May 5, 2017 (Dckt. No. 58) and Probation Officer's Response to Early Termination dated May 4, 2017.   The Court finds that no good cause is shown for early termination of supervised release and hereby DENIES Defendant's Motion to Terminate Supervised Release Term (Dckt. No. 55).

IT IS SO ORDERED.

MINUTES FORM 6                                   Initials of Deputy Clerk __CCH_____
CRIM -- GEN